# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:**   0:17-cv-02835-DWF-DTS

**Case Title:**   *Abdisalam Wilwal, et al. v. John Kelly, et al.*

### Affidavit of Movant

I, Randall Tietjen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Hugh Handeyside, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Western District of Washington, but not admitted to the bar of this court, who will be counsel for the plaintiffs Abdisalam Wilwal, et al. in the case listed above.  I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

Signature: */s/ Randall Tietjen*                   Date:  July 21, 2017

MN Attorney License No. 214474

### Affidavit of Proposed Admittee

I, Hugh Handeyside, am currently a member in good standing of the U.S. District Court for the Western District of Washington, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d).  I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _/s/ Hugh Handeyside_                Date:  July 18, 2017

Typed Name:        Hugh Handeyside

Attorney License Number:  39792, issued by the State of Washington

Law Firm Name:        American Civil Liberties Union Foundation

Law Firm Address: 125 Broad Street, 18th Floor
                            New York, NY 10004

Main phone:        (212) 549-2500

Direct line:        -

E-mail address:        hhandeyside@aclu.org

88213319.1