UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdisalam Wilwal, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Kirstjen Nielsen, et al.,<br><br>  Defendants. | Case No. 17-cv-2835 (DWF/DTS)<br><br>**ORDER EXTENDING TIME<br>TO FILE 26(F) REPORT** |

Pursuant to the Joint Stipulation to Extend Time to File Report Pursuant to Federal Rule of Civil Procedure 26(f), and for good cause shown, IT IS HEREBY ORDERED that the parties shall file their 26(f) Report on or before December 7, 2018.

Date: November 27, 2018

　　　　　　　　　　　　　　　　　　　　　s/David T. Schultz
　　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge